# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1412    Short Title: Suiza Dairy, Inc., et al v. Gonz

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
INDUSTRIA LECHERA DE PUERTO RICO, INC. _____ as the

[ ] appellant(s)      [✔] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

s/José R. Negrón-Fernández          05/21/2025
Signature                            Date

José R. Negrón Fernández
Name

Marichal Hernández, LLC             787.753.1565
Firm Name (if applicable)            Telephone Number

PO Box 190095                        787.763.1704
Address                              Fax Number

San Juan, PR 00919-0095              jnegron@mhlex.com
City, State, Zip Code                Email (required)

Court of Appeals Bar Number: 39099

Has this case or any related case previously been on appeal?

[ ] No    [✔] Yes    Court of Appeals No. 11-1207, 13-2323, 13-2412, 13-2414, 13-2517, 14-1132

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).